1  R. Bradford Huss, No. 71303
   TRUCKER ✦ HUSS
2  A Professional Corporation
   135 Main Street, 9th Floor
3  San Francisco, CA  94105
   Telephone:    (415) 788-3111
4  Facsimile:    (415) 421-2017
   E-mail:       bhuss@truckerhuss.com
5
   Brian D. Murray, No. 294100
6  TRUCKER ✦ HUSS
   A Professional Corporation
7  15760 Ventura Blvd, Suite 910
   Encino, CA 91436
8  Telephone:    (213) 537-1016
   Facsimile:    (213) 537-1020
9  E-mail:       bmurray@truckerhuss.com

10 Attorneys for Defendant
   John Hancock Life Insurance Company
11 (U.S.A.) (erroneously sued as John Hancock
   Retirement Plan Services)

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                           SACRAMENTO DIVISION

15

16 | Leslie Dean Forman,                          | Case No. 2:22-cv-01944-KJM-AC

17 |           Plaintiff,                         | **ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) TO FILE REPLY BRIEF**

18 | v.

19 | John Hancock Retirement Plan Services and
   | DOES 1 through 20, inclusive,

20 |           Defendants.

-1-

ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) TO FILE REPLY BRIEF; Case No: 2:22-cv-01944-KJM-AC
**Error! Unknown document property name.**

**ORDER GRANTING CONTINUANCE OF DEADLINE FOR DEFENDANT TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS**

The Court hereby GRANTS the Parties' request for a continuance of Defendant's deadline to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss from February 6, 2023, to February 12, 2023.

**IT IS SO ORDERED.**

DATE:  February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

-2-

ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) TO FILE REPLY BRIEF; Case No: 2:22-cv-01944-KJM-AC
**Error! Unknown document property name.**