R. Bradford Huss, No. 71303
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, CA 94105
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com

Brian D. Murray, No. 294100
TRUCKER ✦ HUSS
A Professional Corporation
15760 Ventura Blvd, Suite 910
Encino, CA 91436
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: bmurray@truckerhuss.com

Attorneys for Defendant
John Hancock Life Insurance Company
(U.S.A.) (erroneously sued as John Hancock
Retirement Plan Services)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Leslie Dean Forman,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>John Hancock Retirement Plan Services and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01944-KJM-AC<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS |

-1-

-2-

1  Pursuant to the parties' stipulation and for good cause appearing, the Court hereby approves
2  the stipulation as follows:
3  The last day to complete depositions, and only depositions, is extended to October 13, 2023.
4  **IT IS SO ORDERED:**
5
6  DATED: August 28, 2023
7  _____
   ALLISON CLAIRE
8  UNITED STATES MAGISTRATE JUDGE

Trucker ♦ Huss
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, California 94105

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS;
Case No: 2:22-cv-01944-KJM-AC
**Error! Unknown document property name.**